```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12422
   FREDDIE L TERRY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4572


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/12/2007 and was confirmed 08/27/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED VEHIC    7594.35          186.78         188.22
CREDIT ACCEPTANCE CORP   UNSECURED        NOT FILED           .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS      30044.01            .00            .00
IL STATE DISBURSEMENT UN UNSECURED        9024.00             .00            .00
JAMIE HARPER             NOTICE ONLY      NOT FILED           .00            .00
CBE GROUP                UNSECURED        NOT FILED           .00            .00
CHILDRED PAULETTE        UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED        8520.00             .00            .00
FIFTH THIRD BANK         UNSECURED        NOT FILED           .00            .00
ECAST                    UNSECURED        167.15              .00            .00
IC SYSTEM                UNSECURED        NOT FILED           .00            .00
JACKSON PARK HOSPITAL    UNSECURED        NOT FILED           .00            .00
JACKSON PARK HOSPITAL    UNSECURED        NOT FILED           .00            .00
JACKSON REMUS            UNSECURED        NOT FILED           .00            .00
JAMES FLOWERS            UNSECURED        NOT FILED           .00            .00
LASALLE BANK             UNSECURED        NOT FILED           .00            .00
OSI COLLECTION SERVICES  UNSECURED        NOT FILED           .00            .00
PARK DANSAN COLLECTIONS  UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED           .00            .00
REEVES BURKS GWEND       UNSECURED        NOT FILED           .00            .00
SMITH DANIEL             UNSECURED        NOT FILED           .00            .00
TNB TARGET               UNSECURED        NOT FILED           .00            .00
WILLIE MITCHELL          UNSECURED        NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,314.00                          704.15
TOM VAUGHN               TRUSTEE                                             75.85
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,155.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12422 FREDDIE L TERRY

```
PRIORITY                                                            .00
SECURED                                                          188.22
    INTEREST                                                     186.78
UNSECURED                                                           .00
ADMINISTRATIVE                                                   704.15
TRUSTEE COMPENSATION                                              75.85
DEBTOR REFUND                                                       .00
                                    ---------------      ---------------
TOTALS                                     1,155.00             1,155.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 07 B 12422 FREDDIE L TERRY